# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

HOLLIS DEVIN MARTZ                                                                        PLAINTIFF
ADC #155904

v.                                    No. 5:14-cv-317-DPM-JTK

O. IKO, Doctor, Varner Unit; L. GRISWOLD, Nurse,
Varner Unit; D. YORK, HSA, Varner Unit;
WATSON, Warden, Varner Unit; WENDY
KELLY, Chief Deputy Director, Correctional
Programming and Health Care; RORY GRIFFEN,
Deputy Director, Health and Correctional Services;
ARTIS RAY HOBBS, Director, Arkansas Department
of Correction; PAYNE, Warden, Wrightsville Unit; KEITH
WADDLE, Disciplinary Hearing Judge, Arkansas
Department of Correction; RAYMOND NAYLOR,
Disciplinary Hearing Judge, Arkansas Department
of Correction, Internal Affairs Division; SMILEY,
Lieutenant, Wrightsville Unit; COBB, Sergeant,
Wrightsville Unit; JADA LAWRENCE, Assistant to
the Director, Arkansas Department of Correction;
GRANT HARRIS, Deputy Director, Arkansas
Department of Correction; and JONES, Doctor,
Wrightsville Unit                                                                       DEFENDANTS

## ORDER

1. The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, № 5, as modified. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Watson was added in the amended complaint. № 4 at 2. Martz's allegations against Watson are unrelated to Martz's

allegations of inadequate medical care and treatment of his back, neck, and knee. Watson is therefore dismissed without prejudice.

2. The Court directs the Clerk to correct the docket sheet: Martz's filing, № 8, is not an objection; he agrees with the recommendation. The Court notes Martz's request for appointed counsel and medical records in his filing. Martz must file a motion if he wants any relief about those things.

3. Martz's complaint is limited to alleged inadequate medical care and treatment of his back, neck, and knee. All other allegations are dismissed without prejudice. Kelly, Griffin, Hobbs, Payne, Waddle, Naylor, Smiley, Cobb, Lawrence, and Harris are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2014

2