# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HOLLIS DEVIN MARTZ**  **PLAINTIFF**
**ADC #155904**

v.                    No. 5:14-cv-317-DPM-JTK

**IKO, Doctor, Varner Unit; GRIZWOLD, Nurse,
Varner Unit; DEBORAH L. YORK, HSA, Varner Unit;
and JONES, Doctor, Wrightsville Unit**  **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Kearney's partial recommendation. № 31; FED. R. CIV. P. 72(b)(3). Martz's objections, № 34, are overruled. Martz's motion for preliminary injunction, № 24, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2015