IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOLLIS DEVIN MARTZ                                                              PLAINTIFF

v.                                      No. 5:14-cv-317-DPM

OJIUGO IKO, Doctor, Varner; LASONYA
GRISWOLD, Nurse, Varner Unit; DEBORAH L.
YORK, HSA, Varner Unit; MELANIE JONES
FOSTER, Doctor, Wrightsville Unit; and
MARIANNE LORAINE BOETTGER                                              DEFENDANTS

ORDER

Unopposed recommendation, № 121, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 111, is granted. Martz's claims against Jones Foster, Iko, and York will be dismissed without prejudice for failure to exhaust. His claims against Boettger will be dismissed without prejudice for failure to serve. And his claim against Griswold will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2016