IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOLLIS DEVIN MARTZ                                                      PLAINTIFF

v.                           No. 5:14-cv-317-DPM

OJIUGO IKO, Doctor, Varner Unit, *et al.*                            DEFENDANTS

## JUDGMENT

1. Martz's claims against Defendants Watson, Kelley, Griffin, Hobbs, Payne, Waddle, Naylor, Smiley, Cobb, Lawrence, Harris, Jones Foster, Iko, York, and Boettger are dismissed without prejudice.

2. Martz's claim against Griswold is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2016